STATE OF NEW JERSEY v. EDWIN J. RICHARDSON.

September 19, 1978. Petition for certification denied.

MARJORIE ANN HUFF v. ATLANTIC CITY ELECTRIC CO.

September 19, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD J. MILLER.

September 19, 1978. Petition for certification denied.

IN THE MATTER OF JOSEPH GARRIGAN,
134 SANHICAN DRIVE, TRENTON, NEW JERSEY.

September 19, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. HERMAN HARRIS.

September 19, 1978. Petition for certification denied.

PHILLIP ALAMPI, SECRETARY OF THE DEPARTMENT OF
AGRICULTURE, STATE OF NEW JERSEY v. OSCAR
SUSSMAN.

September 19, 1978. Petition for certification granted.